288

No. 64591.—S. S. Kresge Co. et al. *v.* United States, protests 264022–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation by counsel that the merchandise consist of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64592.—Ross Products, Inc. *v.* United States, protest 60/3099 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 64593.—Ross Products, Inc. *v.* United States, protest 60/6306 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 64594.—B. Shackman & Co. and F. W. Woolworth Co. *v.* United States, protests 58/16529 and 58/20548 (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

No. 64595.—Hudson Shipping Co., Inc. *v.* United States, protest 59/6940 (A) (New York).

Opinion by OLIVER, C. J. The protest was dismissed.